**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SHERRI LARSON, a married person suing on her own behalf, and STEPHEN D. GOODRUM, JR., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>TACOMA PUBLIC SCHOOLS, et.al.<br><br>Defendant | No. C99-5298FDB<br><br>ORDER ON TRUSTEE'S MOTION TO RE-OPEN CAUSE AND TO UNBLOCK TRUST ACCOUNT FUNDS |

THIS MATTER is before the Court on the Motion of Trustee for the Stephan DWAYNE Goodrum, Jr. Trust requesting the Court to re-open the cause and to unblock the Trust Account funds and to release said funds to the Trustee to administer the Trust as provided in the Trust. The Court having considered Trustee's Motion and associated Affidavit of Sherri Larson and the files and records herein;

IT IS HEREBY ORDERED, as follows:

Trustee's Motion is GRANTED as follows:

    1. This cause shall be and has been re-opened to avail Trustee of any action provided or required under the STEPHAN DWAYNE GOODRUM, JR. TRUST; and,

    2. The Court blocked account at Wells Fargo Bank for the benefit of Stephen D. Goodrum, Jr. as Ward and Sherri L. Larson as Guardian under Account Number 092-9468189 is hereby and shall be unblocked and said funds shall be released to

ORDER TRUSTEE'S MOTION TO
RE-OPEN CAUSE AND UNBLOCK
TRUST ACCOUNT FUNDS
PAGE 1 OF 3

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net

Sherri L. Larson as Trustee of the STEPHAN DWAYNE GOODRUM, JR. TRUST; and,

    3. Sherri L. Larson shall administer said account as provided and required pursuant to the terms of the STEPHAN DWAYNE GOODRUM, JR. TRUST.

    4. After entry of this Order, the Clerk of the Court shall again close this case.

Dated this 3rd day of March 2009

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER TRUSTEE'S MOTION TO
RE-OPEN CAUSE AND UNBLOCK
TRUST ACCOUNT FUNDS
PAGE 2 OF 3

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net

Presented by:

THOMAS J. WESTBROOK, PLLC

/S/ Thomas J. Westbrook
_____
Thomas J. Westbrook, WSBA #4986
PO Box 1
Littlerock, WA 98556
711 S. Capitol Way, Suite 701
Olympia, WA 98501
Telephone: 360-357-7400
Fax: 360-357-7414
E-mail: tjw@w3net.net
Attorney for Defendants Providnet Co. Trust and Barry Russell

ORDER TRUSTEE'S MOTION TO RE-OPEN CAUSE AND UNBLOCK TRUST ACCOUNT FUNDS
PAGE 3 OF 3

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net